IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE:  JOHN WAYNE GILMER and VIRGINIA BETH GILMER                    CASE NO: 4:09-bk-15642 T
       DEBTORS                                                                                                      CHAPTER 13

## CHAPTER 13 ORDER DISMISSING CASE
## FOR VIOLATING STRICT COMPLIANCE ORDER

COMES NOW THE COURT and finds that an order was entered in the above styled case on April 15, 2010, requiring the debtors to make specific payments to the Trustee. The order further provided that the case was to be dismissed if payments were not submitted as required. The court finds that the payments have not been submitted as required, and therefore, the case should be, and hereby is, dismissed for failure of the debtors to comply with the court's order of April 15, 2010.

IT IS SO ORDERED.

Date:  June 09, 2010                                          /s/ Richard D. Taylor
                                                                                                               Richard D. Taylor
                                                                                                         United States Bankruptcy Judge


cc:   Joyce Bradley Babin, Trustee

      Knollmeyer Law Firm
      2525 John Harden
      Jacksonville, AR  72076

      John Wayne Gilmer and Virginia Beth Gilmer
      #14 Battles Cove
      Guy, AR  72061